**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7562**

BRIAN ELLIS VALBERT,

              Plaintiff – Appellant,

        v.

SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH; GAYLAN SANDERS,
Mr.; HAROLD ALEXANDER, Mr.; PEGGY WADMAN, Dr.,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   R. Bryan Harwell, District Judge.
(9:12-cv-01973-RBH)

Submitted:  December 19, 2013      Decided:  December 24, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Ellis Valbert, Appellant Pro Se. James E. Parham, Jr.,
Irmo, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Ellis Valbert appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Valbert v. South Carolina Dep't of Mental Health, No. 9:12-cv-01973-RBH (D.S.C. Aug. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED